```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         EASTERN DIVISION
```

GEORGE L. JONES,

    Petitioner,

vs.                                           No. 13-1119-JDB-egb

HENRY STEWARD,

    Respondent.

---

### ORDER TO RESPOND TO HABEAS PETITION

On April 24, 2013, Petitioner, George L. Jones, Tennessee Department of Correction ("TDOC") prisoner number 221227, an inmate at the Northwest Correctional Complex ("NWCX") in Tiptonville, Tennessee, filed a habeas corpus petition under 28 U.S.C. § 2254, along with a motion for leave to proceed *in forma pauperis*. (Docket Entry ("D.E.") 1, D.E. 2.) The Court entered an order on April 30, 2013, granting leave to proceed *in forma pauperis*. (D.E. 3.) The Clerk shall record the respondent as Henry Steward, warden of NWCX.

It is ORDERED, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, that Warden Steward file a response to the petition within twenty-three days. It is further ORDERED, pursuant to Rule 4, that the Clerk shall send a copy of the petition and this order to Respondent and to the Tennessee Attorney General and Reporter by certified mail.

IT IS SO ORDERED this 3rd day of June, 2013.

                                        s/ J. Daniel Breen
                                        J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE